UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-20340-JKS |
| | Chapter: 7 |
| **Perez, Anthony** | Judge: John K. Sherwood |
| **Debtor(s).** | |

## NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| **Address of the Clerk:** | Clerk of the Court |
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on December 10, 2019 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3D (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

650 Ridge Road, West Milford, NJ 07480
$187,500

**Liens on property**:

$143,475

**Amount of equity claimed as exempt:**

$0.00

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

Rev. 8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-20340-JKS
Anthony Perez                                                                           Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Nov 12, 2019
                             Form ID: pdf905          Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
```
db             +Anthony Perez,    650 Ridge Road,    West Milford, NJ 07480-1300
518267535       American Express,    PO Box 1270,    Newark, NJ 07101-1270
518325438       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518267536       Arrow c/o Lendup Card Services, Inc.,    PO Box 4517,    Carol Stream, IL 60197-4517
518267537       Bank of America Home Loans,    PO Box 15222,    Wilmington, DE 19886-5222
518267538      +Bank of America, N.A. c/o,    KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
518267539      +Barclay's Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518267540       Best Buy Credit Services,    PO Box 78009,    Phoenix, AZ 85062-8009
518267542       Best Egg,    PO Box 3999,    St. Joseph, MO 64503-0999
518267547      +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518355729       CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
518267545      +Carrington Mortgage Services, LLC,    PO Box 3010,    Anaheim, CA 92803-3010
518267546      +Carrington Mortgage Services, LLC,    c/o KML Law Group, PC,    216 Haddon Avenue,   Suite 406,
                 Westmont, NJ 08108-2812
518380269      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518267551      +Estate of Adeline Perez,    650 Ridge Road,    West Milford, NJ 07480-1300
518267552       ExxonMobil,    PO Box 78072,    Phoenix, AZ 85062-8072
518267559       FSB Blaze c/o,    Blaze Mastercard,    PO Box 5096,    Sioux Falls, SD 57117-5096
518267558       FSB Blaze c/o,    Blaze MasterCard,    PO Box 2534,    Omaha, NE 68103-2534
518267553       Firestone c/o Credit First N.A.,    PO Box 81344,    Cleveland, OH 44188-0344
518267554       First National Credit Card,    PO Box 2496,    Omaha, NE 68103-2496
518267555      +First Premier,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
518267556       First Savings Credit Card,    PO Box 2509,    Omaha, NE 68103-2509
518267557       Fortiva Credit Card c/o Payment,    Processing,    PO Box 790156,    St. Louis, MO 63179-0156
518267560       Genesis FS Card Services,    PO Box 23039,    Columbus, GA 31902-3039
518267561       Lakeland Bank c/o Cardmember Service,    PO Box 790408,    St. Louis, MO 63179-0408
518267562       Macy's,    PO Box 9001094,    Louisville, KY 40290-1094
518267563       Matrix,    PO Box 6812,    Carol Stream, IL 60197-6812
518274549      +SST as servicing agent for BEST EGG,    4315 Pickett Road,,    St. Joseph, Missouri 64503-1600
518267566      +Teresa Allgayer,    148 Papscoe Road,    Hewitt, NJ 07421-3702
518351822      +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
518267567      +The Build Card,    PO Box 660269,    Dallas, TX 75266-0269
518267568      +The Law Offices of Robert S. Gitmeid &,    Assoc., PLLC,    11 Broadway - Suite 1515,
                 New York, NY 10004-1318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 13 2019 00:26:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 13 2019 00:26:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
intp           +E-mail/Text: BNC@magtrustee.com Nov 13 2019 00:26:49      Marie-Ann Greenberg,
                 30 Two Bridges Road, Suite 330,    Fairfield, NJ 07004-1550
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2019 00:23:34
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518267541       E-mail/PDF: MarletteBKNotifications@resurgent.com Nov 13 2019 00:23:40      Best Egg,
                 PO Box 5493,    Carol Stream, IL 60197-5493
518267548      +E-mail/Text: bsb@bryantstatebank.com Nov 13 2019 00:26:46      CCS/Bryant State Bank,
                 124 West Main Street,    Bryant, SD 57221-2058
518267544       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 13 2019 00:24:52
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
518267543       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 13 2019 00:24:12
                 Capital One Bank (USA), N.A.,    PO Box 6492,    Carol Stream, IL 60197-6492
518287643      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2019 00:35:28
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518267549       E-mail/PDF: creditonebknotifications@resurgent.com Nov 13 2019 00:24:17      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
518383146       E-mail/Text: bnc-quantum@quantum3group.com Nov 13 2019 00:26:27
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
518267550       E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2019 00:23:34      Discount Tire c/o Synchrony Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
518478064      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2019 00:23:42      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587,
                 LVNV Funding LLC,    c/o Resurgent Capital Services 29603-0587
518478063       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2019 00:23:42      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
518280854       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2019 00:24:19      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518297279       E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 13 2019 00:23:40      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
```

```
District/off: 0312-2         User: admin              Page 2 of 2              Date Rcvd: Nov 12, 2019
                             Form ID: pdf905          Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518267564      E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 13 2019 00:24:17      Merrick Bank,
                PO Box 660702,    Dallas, TX 75266-0702
518377408      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2019 00:24:16
                Portfolio Recovery Associates, LLC,    c/o Discount Tire,   POB 41067,    Norfolk VA 23541
518381141      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2019 00:46:05
                Portfolio Recovery Associates, LLC,    c/o Phillips 66 Credit Card,    POB 41067,
                Norfolk VA 23541
518376045      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2019 00:23:40
                Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
518267565      E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2019 00:24:07      Phillips 66 CO/SYNCB,
                PO Box 530942,    Atlanta, GA 30353-0942
518353896     +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 13 2019 00:26:38      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518345689      E-mail/Text: bnc-quantum@quantum3group.com Nov 13 2019 00:26:28
                Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,    Kirkland, WA  98083-0788
518263132     +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2019 00:24:47      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518267569      E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2019 00:24:07      WalMart/Synchrony Bank,
                PO Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518354015*    +SST as servicing agent for BEST EGG,   4315 Pickett Road,,   St. Joseph, Missouri 64503-1600
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Edward P. Azar    on behalf of Debtor Anthony   Perez azarlawoffice@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```