UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

Law Offices of Edward P. Azar, LLC
2840 Route 23 South
Newfoundland, NJ  07435
NJ Attorney ID 011091977                          Case No:  19-20340
Phone:  973-697-7400
Fax:    973-697-0895                              Chapter:  7

                                                 Judge:  John K. Sherwood

_____

In Re:

Perez, Anthony

_____

## CERTIFICATION IN OPPOSITION

Anthony Perez does hereby certify as follows:

1.      I am the Debtor in the above captioned matter and make this Certification in Opposition

to the request by Bank of America seeking relief from the automatic stay.

2.      The property in question is located at 650 Ridge Road, West Milford, New Jersey.  In

December 1968, my father Jose Perez and my mother purchased the property in question.  My

father died August 14, 1990 and as a result, the property became vested with my mother.

3.      In August 2007, in conjunction with a refinance, my mother transferred the property to

herself and my sister Teresa Allgayer.  **Exhibit 1.**  At the same time, my sister and mother

obtained a mortgage from Countrywide Home Loans in the amount of $106,575.00.

4.      At the same time my sister and mother obtained the mortgage, they had also executed a

Deed transferring the property back to my mother.  The Deed was not recorded until October

2007, approximately three months after they received the mortgage.  Therefore, in or about

October 2007, the title was returned, 100%, to my mother Adeline Perez.

5.      In May 2008, my sister and mother obtained a second mortgage in the amount of $10,989.00. Both my mother and sister signed the mortgage when in fact, my mother was the only owner of the property.

6.      In September 2012, my mother and sister obtained a mortgage modification, again when the owner of the property was solely my mother.

7.      In April 2014, my mother and sister executed a Quit Claim Deed transferring all right, title and interest to my mother, Adeline Perez. **Exhibit 2.**

8.      In December 2014, my mother and sister again entered into a second mortgage for the total of $20,671.00.

9.      In November 2015, my mother transferred 50% of the property to me so that we had equal ownership in the property. **Exhibit 3.**

10.     My mother died in 2019. She died without a Will and therefore, as I understand, her 50% ownership of the property transferred intestate to her seven surviving children.

11.     As a result of the above, I own my original 50% of the property plus 7% which I have inherited from my mother. Additionally, my brothers Cruz Perez and Joey Perez have executed a Deed transferring their ownership interest in the property to me. As a result, I own approximately 71% of the property. The remaining interest in the property is owned by another brother and my sisters.

12.     I originally started this proceeding by way of a Chapter 13. I was attempting to modify the mortgage with the hopes that the bank would allow me to undertake the responsibility, and since it was a FHA loan, allow me to assume the mortgage obligation. Bank of America never responded to the same and despite the fact that a mortgage modification package had been submitted on two separate occasions, they never ruled on my submission.

13.     The US Trustee filed an objection in the Chapter 13 proceeding asserting the fact that I did not own the property in question.  I then converted to Chapter 7.

14.     The Court should be aware that throughout the last five or six months of this proceeding, Bank of America and the servicing company, Carrington Mortgage, has been accepting my monthly mortgage payment.  They have accepted approximately $10,000.00 in mortgage payments.

15.     In reviewing their recent submission seeking relief from the stay, they do not provide any information to the Court as to the payments that I have made.  Further, they do not address the issue that I have requested, on at least two occasions, consideration for a mortgage modification.

16.     Based upon the foregoing, I am requesting that the Court deny Bank of America's request for relief from the stay.  Pursuant to the Consumer Financial Protection Bureau, they have an obligation and responsibility to review my mortgage modification application before proceeding to foreclosure.

17.     I am therefore requesting that the Court deny the relief being sought by Bank of America.

        I hereby certify the statements made by me are true.  I am aware that if any of the statements made by me are willfully false, I am subject to punishment.


Dated:  11/2/2019                                    /s/ Anthony Perez

00912D

# Deed

This Deed is made on **August 1, 2007**
**BETWEEN**
**Adeline Perez**                                                         **widowed**

whose post office address is
**650 Ridge Road**
**West Milford, NJ**

referred to as the Grantor,
**AND**
**Adeline Perez**                                         **Teresa Allgayer**
whose post office address is
**650 Ridge Road**
**West Milford, NJ**

referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**1. Transfer of Ownership.**    The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee.  This transfer is made for the sum of **$1.00**
**One Dollars and No Cents**

The Grantor acknowledges receipt of this money.

**2. Tax Map Reference.**   (N.J.S.A.  46:15-1.1) Municipality of **West Milford**
Block No.    **5702**    Lot No.    **9**    Qualifier No.            Account No.
☐  No lot and block or account number is available on the date of this Deed.  (Check Box if Applicable.)

**3. Property.**    The Property consists of the land and all the buildings and structures on the land in
the            **Township**            of  **West Milford**
County of        **Passaic**            and State of New Jersey.  The legal description is:

☒  Please see attached Legal Description annexed hereto and made a part hereof.  (Check Box if Applicable.)

**Being the same premises conveyed to Jose Perez and Adeline Perez, his wife by Deed from Ida M. Utter and William Utter, her husband dated 12/9/1968 recorded 1/6/1968 in the Passaic County Register's Office in Deed Book B-87, page 377.**

**Jose Perez died a resident of this state on August 14, 1990.**

KAREN BROWN
CLERK
PASSAIC COUNTY
New Jersey

INSTRUMENT NUMBER
200706643

RECORDED ON
Aug 23, 2007
11:53:55 AM
BOOK:D1489
PAGE:189
Total Pages: 5

NJ PRESERVATION
ACCOUNT                     $30.00
RECORDING FEES -
RECORDER OF DEEDS           $50.00
TOTAL PAID                  $80.00

INV: 644501  USER: SF

NOT A CERTIFIED COPY

## DESCRIPTION

ALL that certain tract or parcel of land, situated, lying and being in the Township of West Milford, County of Passaic, State of New Jersey, more particularly described as follows:

BEGINNING at a point which forms the southeast corner of First Avenue and Ridge Road and running thence

(1)      Southerly along the easterly line of Ridge Road, 46.50 feet; thence

(2)      Easterly along the northerly line of Second Avenue, 91.24 feet; thence

(3)      Northerly along the dividing line between Lots 7 and 8, for a distance of 107.75 feet; and thence

(4)      Easterly, along the southerly line of First Avenue, 124.96 feet to the point or place of BEGINNING.

NOTE: Being Lot(s)  Lot: 9, Block: 5702;  Tax Map of the Township of West Milford, County of Passaic, State of New Jersey.

NOTE: Lot and Block shown for informational purposes only.

NOT CERTIFIED COPY

The street address of the Property is:
**650 Ridge Road, West Milford, NJ**

**4. Promises by Grantor.**      The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the Property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**5. Signatures.**      The Grantor signs this Deed as of the date at the top of the first page. (Print name below each signature.)

Witnessed By:



_____                    _____ (Seal)
**Andrew K. Murray, Esq.**                       **Adeline Perez**

_____                    _____ (Seal)

STATE OF NEW JERSEY, COUNTY OF **MORRIS**                          SS:
I CERTIFY that on **August 1, 2007**

**Adeline Perez**

personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of this Deed; and,
(b) executed this Deed as his or her own act.



RECORD AND RETURN TO:
Andrew K. Murray, Esq.

RTF-1 (Rev. 2/19/07)
**MUST SUBMIT IN DUPLICATE**
STATE OF NEW JERSEY
**AFFIDAVIT OF CONSIDERATION FOR USE**   **BY SELLER**
(Chapter 49, P.L.1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
**BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.**

STATE OF NEW JERSEY

}SS. County Municipal Code

COUNTY    Passiac    1615

| FOR RECORDER'S USE ONLY |
| --- |
| Consideration  $ _____ |
| RTF paid by seller  $ _____ |
| Date 3/23/07  By _____ |

MUNICIPALITY OF PROPERTY LOCATION West Milford

*Use symbol "C" to indicate that fee is exclusively for county use

**(1) PARTY OR LEGAL REPRESENTATIVE** *(See Instructions #3 and #4 on reverse side)*

Deponent,   Adeline Perez   , being duly sworn according to law upon his/her oa
(Name)
deposes and says that he/she is the Grantor   in a deed dated 8/1/07   transferring
(Grantor, Legal Representative, Corporate Officer, Officer of Title Company, Lending Institution, etc.)

real property identified as Block number 5702   Lot number 9   located at

650 Ridge Road, West Milford, NJ   and   annexed   there
(Street Address, Town)

**(2) CONSIDERATION** $_____ 1.00 *(See Instructions #1 and #5 on reverse side)*

**(3)** Property transferred is Class 4A   4B   4C (circle one). If property transferred is Class 4A, calculation in Section 3A below is require

**(3A)REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A COMMERCIAL PROPERTY TRANSACTIONS:**
*(See Instructions #5A and #7 on reverse side)*
**Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation**

$_____ ÷ _____ % = $_____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to c
excess of 100%, the assessed value will be equal to the equalized valuation.

**(4) FULL EXEMPTION FROM FEE** *(See Instruction #8 on reverse side)*
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended throu
C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.

for consideration less than $100.00

**(5) PARTIAL EXEMPTION FROM FEE** *(See Instruction #9 on reverse side)*
**NOTE:** All boxes below apply to grantor(s) *only*. **ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED.** Failure to do so
void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic Fee, Supplemer
Fee, and General Purpose Fee, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the follow
reason(s):

A.   **SENIOR CITIZEN**   Grantor(s) ☐ 62 years of age or over. * *(See Instruction #9 on reverse side for A or B)*
B.   { **BLIND PERSON**   Grantor(s) ☐ legally blind or; *
     { **DISABLED PERSON** Grantor(s) ☑ permanently and totally disabled ☐ Receiving disability payments ☐ Not gainfully employ

Senior citizens, blind persons, or disabled persons must also meet **all** of the following criteria:
☐   Owned and occupied by grantor(s) at time of sale.     ☐   Resident of State of New Jersey.
☐   One or two-family residential premises.     ☐   Owners as joint tenants must all qualify.

*IN THE CASE OF HUSBAND AND WIFE/CIVIL UNION PARTNERS, ONLY ONE GRANTOR NEEDS TO QUALIFY IF TENANTS BY T
ENTIRETY.

C.   **LOW AND MODERATE INCOME HOUSING** *(See Instruction #9 on reverse side)*
☐   Affordable according to H.U.D. standards.     ☐   Reserved for occupancy.
☐   Meets income requirements of region.     ☐   Subject to resale controls.

**(6) NEW CONSTRUCTION** *(See Instructions #2, #10 and #12 on reverse side)*
☐   Entirely new improvement.     ☐   Not previously occupied.
☐   Not previously used for any purpose.     ☐   "NEW CONSTRUCTION" printed clearly a
         the top of the first page of the deed.

**(7)** Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith
accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

GIT/REP-3
(2-07)

State of New Jersey
## SELLER'S RESIDENCY CERTIFICATION/EXEMPTION
(C.55, P.L. 2004)

(Please Print or Type)

### SELLER(S) INFORMATION (See Instructions, Page 2)

Name(s)

Adeline Perez

Current Resident Address:

Street: 650 Ridge Road

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| West Milford | NJ | 07480 |

### PROPERTY INFORMATION (Brief Property Description)

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 5702 | 9 | |

Street Address:

650 Ridge Road

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| West Milford | NJ | 07480 |

| Seller's Percentage of Ownership | Consideration | Closing Date |
|---|---|---|
| 100% | $1.00 | 8/1/2007 |

### SELLER ASSURANCES (Check the Appropriate Box) (Boxes 2 through 8 apply to NON-residents)

1. [X] I am a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. [ ] The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.

3. [ ] I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. [ ] Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. [ ] Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A. 54A:1-1 et seq.

6. [ ] The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.

7. [ ] The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale.

8. [ ] Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

### SELLER(S) DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete.

_____
Date

_____
Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

_____
Date

_____
Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

NOT CERTIFIED COPY

END OF DOCUMENT



KRISTIN M. CORRADO
CLERK
PASSAIC COUNTY
New Jersey

INSTRUMENT NUMBER
2015054900
RECORDED ON
Nov 30, 2015
10:55:19 AM
BOOK:D2731
PAGE:170
Total Pages: 4

INV: 1124436 USER: LH

TOTAL PAID          $73.00
HOMELESSNESS TRUST     $3.00
RECORDER OF DEEDS
RECORDING FEES -     $45.00
ACCOUNT
NJPRESERVATION      $25.00

Document Prepares by
Paralegal Temps, LLC

105 10th Avenue

Vero Beach, FL 32962

Return to after Recording
Adeline and Anthony Perez

650 Ridge Road

West Milford, New Jersey 07480

# Quitclaim Deed

**0011VU**

Assessor's Property Tax Parcel/Account Number(s)

Lot 9, Block 5702; Tax Map of the Township of West Milford, County of Passaic, State of N.J.

THIS QUITCLAIM DEED, executed this _____ day of _____ 201 5, by

first party, Grantor, ___Adeline Perez___

_____, whose

mailing address is ___650 Ridge Road, West Milford, New Jersey 07480___ to

second party, Grantee, ___Adeline Perez and/or Anthony Perez___

whose mailing address is ___650 Ridge Road, West Milford, New Jersey 07480___

WITNESSETH that the said first party, for good consideration and for the sum of ___One___ Dollars
($ 1.00 ) paid by the said second party, the receipt whereof is hereby
acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all
the right, title, interest and claim, which said first party has in and to the following described
parcel of land, and improvements and appurtenances thereto in the County of ___Passaic___,
State of ___New Jersey___.

To wit: (Legal Description)

Beginning at a point which forms the southeast corner of First Avenue and Ridge Road and running thence
1) Southerly along the easterly line of Ridge Road, 46.50 feet; thence
2) Easterly along the northerly line of Second Avenue, 91.24 feet; thence
3) Northerly along the dividing line between lots 7 and 8, for a distance of 107.75 feet; and thence
4) Easterly, along the southerly line of First Avenue, 124.90 feet to the point or place of BEGINNING.
NOTE: Being Lot 9, Block: 5702, Tax Map of the Township of West Milford, County of Passaic,
State of New Jersey.

NOT CERTIFIED COPY

IN WITNESS WHEREOF, the said first party has signed and sealed these presents the day and year first

written above. Signed, sealed and delivered in the presence of:


_____                          _____
Signature of Witness                                 Signature of Witness


_____                          _____
Print Name of Witness                                Print Name of Witness

*Adelina Perez*
_____                          _____
Signature of Grantor , Adeline Perez                 Signature of Grantor

*ADeLiNe PeReZ*
_____                          _____
Print Name of Grantor                                Print Name of Grantor


State of   New Jersey                    )

County of  Passaic                       )

On _November 20, 2015_____ , before me,  DANNY SARRIA _____

appeared ___ADELINE PEREZ_____ , personally known to me (or proved to
me on the bases of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted, executed the instrument.


WITNESS my hand and official seal.

_____                                        Danny N. Sarria
Signature of Notary                              SEAL          Notary Public of New Jersey
                                                              Commission ID# 2463200
*DANNY Sarria*                                               Commission Expires 08/11/2020
_____
Print Name

Affiant _____ known ___✓___ produced ID

Type of ID  _NJDL_____

NOT CERTIFIED COPY

3



00AMJJ

THIS SPACE PROVIDED FOR RECORDER'S USE ONLY:

Prepared by Cricket McMillin

KRISTIN M. CORRADO
CLERK
PASSAIC COUNTY
New Jersey

INSTRUMENT NUMBER
2014015463
RECORDED ON
Apr 16, 2014
10:56:42 AM
BOOK:D2457
PAGE:245
Total Pages:5

NJ PRESERVATION
ACCOUNT                30.00

RECORDING FEES –
RECORDER OF DEEDS    50.00

HOMELESSNESS TRUST
FUND                     3.00

TOTAL PAID           $83.00

INV: 1034947 USER: LB

WHEN RECORDED RETURN TO:
Adeline Perez
650 Ridge Road
West Milford, New Jersey, 07480

NOT CERTIFIED COPY

## QUIT CLAIM DEED

THE GRANTORS, Adeline Perez, a single woman, 650 Ridge Road, West Milford, New Jersey
07480 and Teresa Allgayer, a single woman, 148 Papscoc Road, Hewitt, New Jersey 07401
for and in consideration of: $1.00 conveys, releases and quit claims to the GRANTEE: Adeline
Perez, a single woman, 650 Ridge Road, West Milford, Passaic County, New Jersey, 07480,
the following described real estate, situated in West Milford, in the County of Passaic, State of
New Jersey:

BEGINNING at a point which forms the southeast corner of First Avenue and Ridge Road and
running thence
(1) Southerly along the easterly line of Ridge Road, 46.50 feet; thence

(2) Easterly along the northerly line of Second Avenue, 91.24 feet; thence

(3) Northerly along the dividing line between Lots 7 and 8, for a distance of 107.75 feet; and
thence

(4) Easterly, along the southerly line of First Avenue, 124.96 feet to the point or place of
BEGINNING.

NOTE: Being Lot  Lot: 9, Block: 5702; Tax Map of the Township of West Milford, County of
Passaic, State of New Jersey.
NOTE: Lot and Block shown for informational purposes only.

Grantors grant, all of the Grantors' rights, title, and interest in and to the above described property and premises to the Grantee, and to the Grantee's heirs and assigns forever, so that neither Grantors nor Grantors' heirs, legal representatives or assigns shall have, claim or demand any right or title to the property, premises, or appurtenances, or any part thereof.

Tax Parcel Number: _____

**Grantors Signatures:**

DATED: _April 9 2014_

_Adeline Perez_
ADELINE PEREZ
650 Ridge Road
West Milford, New Jersey 07480

_Teresa Allgayer_
TERESA ALLGAYER
148 Papscoe Road
Hewitt, New Jersey 07401

Witnessed By:

_Patty Poole_
PATTY POOLE, Witness
75 Dawker Road
Hewitt, New Jersey 07421

_Teresa Di Menza_
TERESA DIMENZA, Witness
10 First Avenue West
West Milford, New Jersey 07421

STATE OF NEW JERSEY, COUNTY OF PASSAIC, ss:

On this ___9th___ day of ___April___, 2014, before me, personally appeared Adeline Perez and Teresa Allgayer, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same as for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

_Erin F Calkin_
Notary Public

Erin F. Calkin
Notary Public of New Jersey
Commission Expires 09/28/2017

_____
Title
My commission expires _____

NOT CERTIFIED COPY

GIT/REP-3
(5-12)



State of New Jersey
**SELLER'S RESIDENCY CERTIFICATION/EXEMPTION**
(C.55, P.L. 2004)

(Please Print or Type)

**SELLER'S INFORMATION (See Instructions. Page 2)**

Names(s)   Teresa Allgayer

Current Resident Address:
Street:  650 Ridge Rd.
City, Town, Post Office  West Milford     State  NJ     Zip Code  07480

**PROPERTY INFORMATION (Brief Property Description)**

Block(s)  5702     Lot(s)  9     Qualifier

Street Address:  650 Ridge Rd.
City, Town, Post Office  West Milford     State  U.S.     Zip Code  07480

Seller's Percentage of Ownership     Consideration     Closing Date

**SELLER ASSURANCES (Check the Appropriate Box)  (Boxes 2 through 10 apply to Residents and Non-residents)**

1. ☑ I am a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. ☑ The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.

3. ☐ I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. ☐ Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. ☐ Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A.54A:1-1 et seq.

6. ☐ The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.

7. ☐ The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale (see instructions).
   ☐ No non-like kind property received.

8. ☐ Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

9. ☐ The property being sold is subject to a short sale instituted by the mortgagee, whereby the seller has agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.

10. ☐ The deed being recorded is a deed dated prior to the effective date of P.L. 2004, c. 55 (August 1, 2004), and was previously unrecorded.

**SELLER'S DECLARATION**

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box ☐ I certify that the Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

4-10-2014
Date                                     Teresa Allgayer
                                         Signature
                                         (Seller) Please indicate if Power of Attorney or Attorney in Fact

4/10/14
Date                                     WILLIAM H. FRANCIS
                                         NOTARY PUBLIC OF NEW JERSEY     Signature
                                         My Commission Expires 10/5/2016  (Seller) Please indicate if Power of Attorney or Attorney in Fact

NOT CERTIFIED COPY



GIT/REP-3
(5-12)

### State of New Jersey
## SELLER'S RESIDENCY CERTIFICATION/EXEMPTION
(C.55, P.L. 2004)

(Please Print or Type)

**SELLER(S) INFORMATION (See Instructions. Page 2)**

Names(s) Adeline Perez

Current Resident Address:

Street: 650 Ridge Rd.

City, Town, Post Office West Milford    State NJ    Zip Code 07480

**PROPERTY INFORMATION (Brief Property Description)**

Block(s) 5702    Lot(s) 9    Qualifier

Street Address: 650 Ridge Rd.

City, Town, Post Office West Milford    State NJ    Zip Code 07480

Seller's Percentage of Ownership    Consideration    Closing Date

**SELLER ASSURANCES (Check the Appropriate Box) (Boxes 2 through 10 apply to Residents and Non-residents)**

1. ☑ I am a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. ☑ The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.

3. ☐ I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. ☐ Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. ☐ Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A.54A:1-1 et seq.

6. ☐ The total consideration for the property is $4,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.

7. ☐ The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale (see instructions).

   ☐ No non-like kind property received.

8. ☐ Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

9. ☐ The property being sold is subject to a short sale instituted by the mortgagee, whereby the seller has agreed not to receive any proceeds from the sale and the mortgagee will receive all proceeds paying off an agreed amount of the mortgage.

10. ☐ The deed being recorded is a deed dated prior to the effective date of P.L. 2004, c. 55 (August 1, 2004), and was previously unrecorded.

**SELLER(S) DECLARATION**

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box ☐ I certify that the Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

4-10-14
Date

Signature
(Seller) Please Indicate if Power of Attorney or Attorney in Fact

4/10/14
Date

WILLIAM H. FRANCIS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/5/2016

Signature
(Seller) Please Indicate if Power of Attorney or Attorney in Fact

NOT CERTIFIED COPY

RTF-1 (Rev. 7/14/10)
MUST SUBMIT IN DUPLICATE

STATE OF NEW JERSEY
AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER
(Chapter 49, P.L.1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.

STATE OF NEW JERSEY

}SS. County Municipal Code

COUNTY _____  _____

| FOR RECORDER'S USE ONLY |
| --- |
| Consideration    $ _____ |
| RTF paid by seller  $ _____ |
| Date_____  By _____ |

MUNICIPALITY OF PROPERTY LOCATION _____

*Use symbol "C" to indicate that fee is exclusively for county use.

(1) PARTY OR LEGAL REPRESENTATIVE (See Instructions #3 and #4 on reverse side)

Deponent, _____, being duly sworn according to law upon his/her oath,
(Name)
deposes and says that he/she is the_____ In a deed dated _____ transferring
(Grantor, Legal Representative, Corporate Officer, Officer of Title Company, Lending Institution, etc.)

real property identified as Block number _____ Lot number _____ located at

_____ and annexed thereto.
(Street Address, Town)

(2) CONSIDERATION $_____ (Instructions #1 and #5 on reverse side) ☐ no prior mortgage to which property is subject.

(3) Property transferred is Class 4A  4B  4C (circle one). If property transferred is Class 4A, calculation in Section 3A below is required.

(3A) REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A (COMMERCIAL) PROPERTY TRANSACTIONS:
(See Instructions #5A and #7 on reverse side)
Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation
$_____ ÷ ____% = $_____
If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

(4) FULL EXEMPTION FROM FEE (See Instruction #8 on reverse side)
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.
_Transfer between Mother & Daughter to Mother_

(5) PARTIAL EXEMPTION FROM FEE ( Instruction #9 on reverse side)
NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic, Supplemental, and General Purpose Fees, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the following reason(s):

A.   SENIOR CITIZEN  Grantor(s) ☐ 62 years of age or over. (Instruction #9 on reverse side for A or B)
B. { BLIND PERSON  Grantor(s) ☐ legally blind or*
     DISABLED PERSON Grantor(s) ☐ permanently and totally disabled ☐ receiving disability payments ☐ not gainfully employed*

Senior citizens, blind persons, or disabled persons must also meet all of the following criteria:
☐ Owned and occupied by grantor(s) at time of sale.  ☐ Resident of State of New Jersey.
☐ One or two-family residential premises.  ☐ Owners as joint tenants must all qualify.

*IN CASE OF HUSBAND AND WIFE, PARTNERS IN A CIVIL UNION COUPLE, ONLY ONE GRANTOR NEED QUALIFY IF TENANTS BY THE ENTIRETY.

C.   LOW AND MODERATE INCOME HOUSING (Instruction #9 on reverse side)
☐ Affordable according to H.U.D. standards.  ☐ Reserved for occupancy.
☐ Meets income requirements of region.  ☐ Subject to resale controls.

(6) NEW CONSTRUCTION (Instructions #2, #10 and #12 on reverse side)
☐ Entirely new improvement.  ☐ Not previously occupied.
☐ Not previously used for any purpose.  ☐ "NEW CONSTRUCTION" printed clearly at top of first page of the deed.

(7) RELATED LEGAL ENTITIES TO LEGAL ENTITIES (Instructions #5, #12, #14 on reverse side)
☐ No prior mortgage assumed or to which property is subject at time of sale.
☐ No contributions to capital by either grantor or grantee legal entity.
☐ No stock or money exchanged by or between grantor or grantee legal entities.

(8) Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this 16 day of APRIL, 20 14

_Teresa Allbuyn_
Signature of Deponent

_____
Grantor Name

_William H. Francis_  650 Ridge Rd. West Milford.
Deponent Address

_____
Grantor Address at Time of Sale

WILLIAM H. FRANCIS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/5/20__

XXX-XXX-
Last three digits in Grantor's Social Security Number

_____
Name/Company of Settlement Officer

| FOR OFFICIAL USE ONLY | |
| --- | --- |
| Instrument Number_____  County_____ |
| Deed Number_____  Book_____ Page_____ |
| Deed Dated_____  Date Recorded_____ |

County recording officers shall forward one copy of each RTF-1 form when Section 3A is completed to:    STATE OF NEW JERSEY
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and may not be altered or amended without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division of Taxation website at:
www.state.nj.us/treasury/taxation/lpt/localtax.htm

NOT A CERTIFIED COPY

END OF DOCUMENT